IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DANNY ATTERBURY,

    Plaintiff,                   No. CIV S-05-1059 FCD DAD P

    vs.

DAVE GRAZAINI, et al.,

    Defendants.           <u>ORDER</u>

_____/

        Plaintiff, an inmate confined in Napa State Hospital, has filed a complaint on the form to be used by a prisoner seeking relief under the Civil Rights Act, 42 U.S.C. § 1983, together with an application to proceed in forma pauperis.

        Plaintiff 's complaint identifies the defendants as Dave Grazaini, Executive Director of Napa State Hospital; Jeffrey Zwerin, Medical Director; Laurie Van Diver, Community Program Director and social worker; and Adam Weiner, appointed lawyer. (Compl. at 2.) Plaintiff's complaint appears to concern medical care, although plaintiff alleges no facts concerning the actions or inaction of the defendants. Plaintiff seeks damages in addition to injunctive and declaratory relief.

        The federal venue statute requires that a civil action, other than one based on diversity jurisdiction, be brought only in "(1) a judicial district where any defendant resides, if all

1

defendants reside in the same State, (2) a judicial district in which a substantial part of the events or omissions giving rise to the claim occurred, or a substantial part of property that is the subject of the action is situated, or (3) a judicial district in which any defendant may be found, if there is no district in which the action may otherwise be brought." 28 U.S.C. § 1391(b).

In this case, none of the defendants reside in the Eastern District of California. Plaintiff's claims appear to have arisen in Napa County, which is in the Northern District of California. Therefore, plaintiff's case should have been filed in the United States District Court for the Northern District of California.

In the interest of justice, a federal court may transfer a complaint filed in the wrong district to the correct district. See 28 U.S.C. § 1406(a); Starnes v. McGuire, 512 F.2d 918, 932 (D.C. Cir. 1974).

Accordingly, IT IS HEREBY ORDERED that this case is transferred to the United States District Court for the Northern District of California for all further proceedings.

DATED: June 2, 2005.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:13
atte1059.21