IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DANNY ATTERBURY,

    Plaintiff,                        No. CIV S-05-1059 FCD DAD P

    vs.

DAVE GRAZAINI, et al.,

    Defendants.            <u>ORDER</u>

_____/

        On June 9, 2005, plaintiff filed a request for reconsideration of the magistrate judge's order filed June 3, 2005, transferring this action to the United States District Court for the Northern District of California for all further proceedings. Pursuant to Local Rule 72-303(f), a magistrate judge's orders shall be upheld unless "clearly erroneous or contrary to law." Upon review of the file, the court finds that it does not appear that the magistrate judge's ruling was clearly erroneous or contrary to law.

        Accordingly, IT IS HEREBY ORDERED that, upon reconsideration, the order of the magistrate judge filed June 3, 2005, is affirmed.

DATED: June 17, 2005

                                             /s/ Frank C. Damrell Jr.
                                             FRANK C. DAMRELL JR.
                                             United States District Judge

/atte1059.850